# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-1975
_____

MARION J. RUSSELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

September 29, 2020

PER CURIAM.

DISMISSED.

B.L. THOMAS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Marion J. Russell, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.